# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| KENTRELL D. WELCH,<br><br>                Plaintiff,<br><br>    v.<br><br>WILLIAM RUEBART, et al.,<br><br>                Defendants. | Case No. 3:22-cv-00389-MMD-CSD<br><br>**ORDER RE: SERVICE OF PROCESS** |

The Office of the Attorney General did not accept service of process on behalf of Defendants **Stelyn Mauro, Ray Rivera** and **Andrea Garcia,** who are no longer employees of the Nevada Department of Corrections. (ECF No. 29.) However, the Attorney General has filed the last known addresses of these Defendants under seal. (ECF No. 30.)

The Clerk shall ISSUE summonses for **Stelyn Mauro, Ray Rivera** and **Andrea Garcia** and send the same to the U.S. Marshal with the addresses provided under seal. (ECF No. 30.) The Clerk shall also SEND sufficient copies of the Second Amended Complaint, (ECF No. 19), the screening order, (ECF No. 21), and this order to the U.S. Marshal for service on Defendants Stelyn Mauro, Ray Rivera and Andrea Garcia. The court will separately provide to the U.S. Marshal completed USM 285 forms for the Defendants.

Plaintiff is reminded that **September 5, 2023**, is the deadline to complete service of process pursuant to Fed. R. Civ. P. 4(m).

**IT IS SO ORDERED.**

DATED: June 27, 2023.

_____
UNITED STATES MAGISTRATE JUDGE