# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KENTRELL D. WELCH,<br><br>                    Plaintiff,<br><br>     v.<br><br>WILLIAM RUEBART, et al.,<br><br>                    Defendants. | Case No. 3:22-cv-00389-MMD-CSD<br><br>**ORDER**<br><br>Re: ECF No. 28 |

Before the court is Plaintiff's Motion for Service. (ECF No. 28.)

In view of the court's Order Re: Service of Process (ECF No. 32), Plaintiff's Motion for Service (ECF No. 28) is **DENIED** as moot.

**IT IS SO ORDERED.**

DATED: June 27, 2023.

_____
UNITED STATES MAGISTRATE JUDGE