UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KENTRELL WELCH, | Case No.: 3:22-cv-00389-CSD |
| Plaintiff | **Order** |
| v. | |
| WILLIAM REUBART, et al., | |
| Defendants | |

The court's recent orders (ECF Nos. 62, 63, 64) were returned as undeliverable, with a notation that Plaintiff is not at High Desert State Prison (HDSP). (ECF No. 65.) NDOC's online database indicates Plaintiff is currently housed at Northern Nevada Correctional Center (NNCC). The Clerk shall **SEND** Plaintiff copies of this Order as well as ECF Nos. 62, 63, 64 at NNCC. Plaintiff shall file a document updating his contact information in conformity with Local Rule IA 3-1 on or before **May 15, 2024**, or Plaintiff may face sanctions including dismissal of this action.

**IT IS SO ORDERED**.

Dated: April 29, 2024

_____
Craig S. Denney
United States Magistrate Judge